# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XVIII ENTERTAINMENT, LLC, a California limited liability company; and JOHN R. K. ROGERS, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ERIC PARKINSON, an individual; FREDERICK SHEFTE, an individual; HANNOVER HOUSE, INC., a Wyoming corporation; TRUMAN PRESS, INC. (d/b/a "HANNOVER HOUSE"), an Arkansas corporation; and MEDALLION RELEASING, INC., an Arkansas corporation; and "JOHN DOE" 1-10 (said names being fictitious, as the true names are presently unknown);<br><br>Defendants. | Case No.: 2:17-cv-04987 SVW (Ex)<br><br>**ORDER RE STIPULATION TO DISMISS ALL PARTIES WITHOUT PREJUDICE** |

## Order

Pursuant to the Stipulation of the parties, and good cause appearing therefore, the Court rules as follows:

1. Plaintiffs' and Defendants' stipulation to dismiss the instant action without prejudice is granted.

2. Each party to bear its own costs and fees.

3. Plaintiffs' stipulation to dismiss DOES 1 - 10, inclusive, without prejudice is granted.

4. The above-cited action is dismissed as to all parties without prejudice and, thereby, closed.

**SO ORDERED.**

ENTERED this 16th day of May, 2018

_____
Hon. Stephen V. Wilson
United States District Judge